# IN THE SUPREME COURT OF THE STATE OF NEVADA

DENISA VREELING,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CHERYL B. MOSS, DISTRICT JUDGE,
Respondents,
    and
CARL ADOLF VREELING,
Real Party in Interest.

No. 81050

**FILED**

APR 2 2 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS AND/OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges an April 20, 2020, district court order temporarily modifying parenting time in a child custody matter.

Having reviewed the petition and supporting documents, we conclude that petitioner has not demonstrated that our extraordinary intervention is warranted to remedy an arbitrary or capricious exercise of discretion. *See Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) (mandamus is proper to control an arbitrary or capricious exercise of discretion); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing that such relief is

20-15314

warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:  Hon. Cheryl B. Moss, District Judge, Family Court Division
Fine Carman Price
The Jimmerson Law Firm, P.C
Eighth District Court Clerk

---

[1]In light of this order, petitioner's emergency motion for stay is denied as moot.